FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Monjaraz, Jesus Manuel<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA09-63 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___Thursday, 2/19/09___, at ___9:30___ ☒a.m. / ☐p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/13/09___

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge